**UNITED STATES DISTRICT COURT**
**DISTRICT OF VERMONT**

| | |
|---|---|
| BRIAN CROTEAU Sr., LARRY PRIEST, RICHARD PURSELL on behalf of themselves and all others similarly situated,<br><br>                          Plaintiffs,<br><br>      v.<br><br>CITY OF BURLINGTON,<br>                          Defendant. | Civil Action No. 5:17-cv-207 |

### CERTIFICATE OF SERVICE

I, Jared K. Carter. Esq., attorney for Plaintiffs Croteau Sr., Priest, and Pursell certify that on October 20, 2017 I delivered **PLAINTIFFS' COMPLAINT, MOTION FOR TEMPRORARY RESTRAINING ORDER, EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER, PROPOSED TEMPORARY RESTRAINING ORDER** and **ATTACHMENTS** on the below identified counsel of the City of Burlington by hand delivery.

Eileen Blackwood
City Attorney's Office
149 Church Street, City Hall Rm. 11
Burlington, VT  05401
eblackwood@burlingtonvt.gov


/S/Jared K. Carter
Jared Kingsbury Carter, Esq.
Attorney for Plaintiffs