**UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT**

| | | |
|---|---|---|
| BRIAN CROTEAU, SR., LARRY PRIEST and RICHARD PURSELL, on behalf of themselves and all others similarly situated, <br>            Plaintiffs <br><br> v. <br><br> CITY OF BURLINGTON, <br>            Defendant. | ) ) ) ) ) ) ) ) ) ) ) | <br><br><br><br><br><br>Civil Action No. 5:17-cv-207 |

**NOTICE OF APPEARANCE**

NOW COMES Eileen M. Blackwood, Eugene M. Bergman and Anthea Dexter-Cooper and hereby enter their appearances on behalf of the City of Burlington.

Dated at Burlington, Vermont this 20th day of October, 2017.

   /s/ Eileen M. Blackwood
Eileen M. Blackwood
149 Church Street, Room 11
Burlington, VT 05401
eblackwood@burlingtonvt.gov
(802) 865-7121

   /s/ Eugene M. Bergman
Eugene M. Bergman
149 Church Street, Room 11
Burlington, VT 05401
ebergman@burlingtonvt.gov
(802) 865-7121

   /s/ Anthea Dexter-Cooper
Anthea Dexter-Cooper
149 Church Street, Room 11
Burlington, VT 05401
adextercooper@burlingtonvt.gov
(802) 865-7121

## **CERTIFICATE OF SERVICE**

  I, Anthea Dexter-Cooper, attorney for the City of Burlington, hereby certify that on October 20, 2017 electronically filed Defendant's Notice of Appearance with the Clerk of the Court using the CM/ECF system, which will send notification of such filings to all attorneys of record.

  Dated this 20th day of October, 2017.

                   /s/ Anthea Dexter-Cooper

City Attorney's Office
Room 11, City Hall
149 Church St.
Burlington, VT 05401
802-865-7121