**NOTICE OF HEARING**

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF VERMONT

**BRIAN CROTEAU, SR.,** *et al.*

       **v.**                        Case No. 5:17-cv-207

**CITY OF BURLINGTON**

**TAKE NOTICE** that the above-entitled case has been scheduled at 9:30 AM on Wednesday, October 25, 2017 at Rutland, Vermont before the Honorable Geoffrey W. Crawford, District Judge, for a Hearing on the Request for Preliminary Injunction.

**Location: Main Courtroom**                  JEFFREY S. EATON, Clerk
**Date of Notice: 10/20/2017**

                                                    **By** /s/ *Pamela J. Lane*
                                                    **Deputy Clerk**

**TO:**

James M. Diaz, Esq.
Jared K. Carter, Esq.

Anthea Dexter-Cooper, Esq.

Anne Henry, Court Reporter