UNITED STATES DISTRICT COURT
DISTRICT OF VERMONT

| | |
|---|---|
| BRIAN CROTEAU, LARRY PRIEST, RICHARD PURSELL on behalf of themselves and all other similarly situated,<br>     *Plaintiffs*<br><br>vs.<br><br>CITY OF BURLINGTON<br>     *Defendant* | Civil Action No., 5:17 – CV- 207 |

### FIRST SUPPLEMENT TO INTERVENORS' COMPLAINT

TO THE HONORABLE JUDGE GEOFFREY CRAWFORD:

Intervening Plaintiffs supplement to correct inadvertent error to their text done by computer-aided editing (i.e., revisions by spell-check or grammatical-correction done by the software used to prepare plaintiffs' complaint) which has made our document less clear and precise.

We supplement "Intervenor's Complaint" at the numbered sections therein, with the under-lined and italicized and bold text as follows:

76. This is an attempt to censor certain ***un****welcomed content...

99. *** portray such in a patently offensive way, when taken ***as a whole****, and taken ***as a whole*** does not have serious literary, artistic, political, or scientific value...

Respectfully submitted on this 4th day of December 2017 by:

      Mark Flynn pro se
c/o:  184 Elmwood Ave # 206
      Burlington, VT. 05402
      (802) 488-4869
      mark-flynn@mail.com

          Curt Fifield pro se
c/o:    Northwest State Correctional Facility
          3649 Lower Newton St.
          Swanton, VT 05488

## CERTIFICATE OF SERVICE

The undersigned certify a true and correct copy of the foregoing complaint was mailed via regular mail to an attorney of record for each party on the 4th day of December 2017.

_____
Mark Flynn


_____
Curt Fifield