**UNITED STATES DISTRICT COURT**
**FOR THE**
**DISTRICT OF VERMONT**

| | | |
|---|---|---|
| BRIAN CROTEAU, SR., LARRY | ) | |
| PRIEST and RICHARD PURSELL, | ) | |
| on behalf of themselves and all others | ) | |
| similarly situated, | ) | |
| Plaintiffs | ) | |
| | ) | |
| v. | ) | Civil Action No. 5:17-cv-207 |
| | ) | |
| CITY OF BURLINGTON, | ) | |
| Defendant. | ) | |

## NOTICE OF WITHDRAWL

NOW COMES Eugene M. Bergman and hereby withdraws his appearance as co-counsel on behalf of Defendant, City of Burlington.

Eileen M. Blackwood and Anthea Dexter-Cooper will continue on as attorneys of record for the City of Burlington.

Dated at Burlington, Vermont this 22nd day of June, 2018.

_____/s/ Eugene M. Bergman_____
Eugene M. Bergman
149 Church Street, Room 11
Burlington, VT 05401
ebergman@burlingtonvt.gov
(802) 865-7121

## CERTIFICATE OF SERVICE

I, Anthea Dexter-Cooper, attorney for the City of Burlington, hereby certify that on June 22, 2018 electronically filed Notice of Withdrawal with the Clerk of the Court using the CM/ECF system, which will send notification of such filings to all attorneys of record.

Dated this 22nd day of June, 2018.

_____/s/ Anthea Dexter-Cooper_____

City Attorney's Office
Room 11, City Hall
149 Church St.
Burlington, VT 05401
802-865-7121